**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-30870-PES |
| | ) | |
| Neil Dean Anderson and | ) | Chapter 7 |
| Georgia Darleena Anderson | ) | |
| | ) | Judge Paul E. Singleton |
| Debtors. | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Cause coming to be heard on the Motion for Relief from the Automatic Stay of Capital One Auto Finance, a division of Capital One, N.A. ("Movant") with respect to a 2013 GMC Sierra 1500 Extended Cab SLE 4WD 5.3L V8 with a vehicle identification number of 1GTR2VE70DZ389163 ("Property"), all parties in interest with respect to the Property having been duly served and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the motion is granted and the automatic stay with respect to the Property is vacated; and

IT IS FURTHER ORDERED that Federal Rule of Bankruptcy Procedure 4001(a)(3) fourteen day stay is waived.

DATED: September 13, 2022

_____
Paul E. Singleton, Judge
United States Bankruptcy Court

1

*/s/Evan Lincoln Moscov*
**Evan Lincoln Moscov**
Law Office of Evan Moscov
P.O. Box 8305
Waukegan, IL 60079
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com

Attorney for Capital One Auto Finance, a division of
Capital One, N.A.

DISTRIBUTION:

Neil Dean Anderson
170 Stitt Street
Wabash, IN 46992

Georgia Darleena Anderson
170 Stitt Street
Wabash, IN 46992

Anita K. Gloyeski
Gloyeski Law Office
475 Anchorage Road
Suite 12
Warsaw, IN 46580
anitagloyeski.gloyeskilaw@gmail.com
Debtor's Counsel

Douglas R. Adelsperger
P.O. Box 6129
South Bend, IN 46660

Chapter 7 Trustee

Nancy J. Gargula
100 East Wayne Street
5th Floor
South Bend, IN 46601

Office of the US Trustee